# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION, CHICAGO, ILLINOIS

| | |
|---|---|
| Jon Niermann, <br>                 Plaintiff, <br> v. <br><br> Trans Union, LLC, <br>                 Defendant. | No.: 15-cv-02366 <br><br> Hon. Charles P. Kocoras |

## RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jon Niermann ("Plaintiff") and Defendant Trans Union LLC ("TransUnion") hereby stipulate to the dismissal with prejudice of Plaintiff's individual claims against Trans Union, without an award of fees or costs to any party. Plaintiff and Trans Union further stipulate to the dismissal without prejudice of the class claims asserted against Trans Union, without an award of fees or costs to any party.

Dated: June 5, 2015

Respectfully submitted,

**TRANS UNION LLC**

By: /s/ Bruce R. Van Baren

    Michael O'Neil
    Albert E. Hartmann
    Bruce R. Van Baren
    REED SMITH LLP
    10 South Wacker Drive
    Chicago, IL 60606-7507
    Telephone: +1 312 207 1000
    Facsimile: +1 312 207 6400
    michael.oneil@reedsmith.com
    ahartmann@reedsmith.com
    bvanbaren@reedsmith.com

*Counsel for Defendant TransUnion LLC*

**JON NIERMANN**

By: /s/ Michael A. Caddell

    Michael A. Caddell
    Cynthia B. Chapman
    Amy E. Tabor (pro hac vice forthcoming)
    CADDELL & CHAPMAN
    1331 Lamar, Suite 1070
    Houston TX 77010-3027
    Telephone: (713) 751-0400
    Facsimile: (713) 751-0906
    mac@caddellchapman.com
    cbc@caddellchapman.com
    aet@caddellchapman.com

    Francis R. Greene
    Edelman, Combs, Latturner & Goodwin, LLC
    20 South Clark Street
    Chicago IL 60603
    Telephone: 312-739-4200
    Facsimile: 312-419-0379
    fgreene@edcombs.com

*Counsel for Plaintiff Jon Niermann*

## CERTIFICATE OF SERVICE

I, Bruce R. Van Baren, hereby certify that on June 5, 2015, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois using the ECF System, which will send notice to all counsel of record.

/s/ Bruce R. Van Baren
Bruce R. Van Baren